**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Tristin Taylor, individually and as a representative of a class of similarly situated persons, and on behalf of the BDO USA Employee Stock Ownership Plan,

Plaintiff,

v.

BDO USA, P.C., the Board of Directors of BDO USA, P.C., Wayne Berson, BDO ESOP Trustees, Catherine Moy, Stephen Ferrara, Mark Ellenbogen, Matthew Becker, William Eisig, and Patrick Donaghue,

Defendants.

Civil Action No. 1:25-cv-10128-DJC

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Tristin Taylor hereby respectfully appeals to the United States Court of Appeals for the First Circuit from the final judgment entered on October 19, 2026 dismissing the above-captioned action (Dkt. 84), and the Court's underlying orders dated October 19, 2026 (Dkt. 83) and August 21, 2025 (Dkt. 44).

Dated: November 16, 2026

Respectfully Submitted,

*/s/ Kai H. Richter*
Kai H. Richter (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, LLP
400 South 4th Street #401-27
Minneapolis, MN 55415
Tel.: (612) 807-1575
krichter@cohenmilstein.com

Michelle C. Yau (#657236)
Daniel R. Sutter (*pro hac vice*)
Caroline E. Bressman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, LLP
1100 New York Ave. NW ● Eighth Floor

Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com

Ryan A. Wheeler (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, LLP
199 Water Street ● Twenty-first Floor
New York, New York 10038
Tel.: (212) 838-7797
Fax: (212) 838-7745
rwheeler@cohenmilstein.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the Court's CM/ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Dated: November 16, 2026

*/s/ Kai H. Richter*